# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BYRON CHAPMAN,**, <br><br> Plaintiff, <br><br> vs. <br><br> **SCHELLVILLE GRILL**, *et al*, <br><br> Defendants. | **Case No.: 16-CV-7324 YGR** <br><br> **JUDGMENT AGAINST MATTHEW J. NAGAN IN FAVOR OF BYRON CHAPMAN** |

The Court having granted the Motion for Default Judgment of Bryon Chapman with respect to defendant Matthew J. Nagan, (Dkt. No. 21), it is **ORDERED, ADJUDGED AND DECREED** that:

Judgment is entered in favor of Chapman and against Nagan in the amount of $21,338, consisting of $8,000 for statutory damages and $13,338 for fees and costs.

Nagan is enjoined to remove all architectural barriers identified in Plaintiff's complaint. (*See* Dkt. No. 1.)

**IT IS SO ORDERED.**

Date: July 11, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**